**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JOSEPH GERARD AUSGOOD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:22-CV-171 (LAG) |
| | : | |
| SOUTH GEORGIA JUDICIAL CIRCUIT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is *pro se* Petitioner Joseph Gerard Ausgood's Motion to Dismiss (Doc. 4). Petitioner is an inmate currently housed at the Decatur County Jail in Bainbridge, Georgia. (Doc. 1). On October 31, 2022, Petitioner filed a handwritten pleading that was docketed as a Petition for Writ of Habeas Corpus. (Doc. 1; *see* Docket). Petitioner did not pay the filing fee or request leave to proceed *in forma pauperis* (IFP). (*See* Docket). On November 16, 2022, the Magistrate Judge ordered Petitioner to "(1) pay the required $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*; and (2) recast his Petition on the standard form to include detailed information regarding his attempts to address his claims through the Georgia state courts." (Doc. 3 at 3). On November 29, 2022, Plaintiff filed the instant Motion asking the Court to dismiss "his [P]etition for [W]rit of [H]abeas [C]orpus until Petitioner exhausts all available state remedies." (Doc. 4).

Federal Rule of Civil Procedure 41(a)(2) provides that "except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Petitioner's Motion to Dismiss (Doc. 4) is therefore **GRANTED**, and this action is **DISMISSED without prejudice.**

**SO ORDERED**, this 1st day of December, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**